Case 1:12-mc-00065-GLS-CFH   Document 1-4   Filed 10/19/12   Page 1 of 3

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT 2012

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>v.<br><br>STEVEN DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER, et al. | Misc. Case No. 1:12 mc 65<br><br>CERTIFICATE OF SERVICE   GLS/CFH |

    I, Justin W. Gray, Esq., hereby certify that on October 19, 2012, I filed and served **DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENA TO MICROSOFT CORPORATION; DECLARATION OF GARLAND MURPHY IN SUPPORT OF DEFENDANTS' MOTION TO QUASH CHEVRON CORPORATION'S SUBPOENA TO MICROSOFT CORPORATION. and PROPOSED ORDER** with the Clerk of the United States District Court, Northern District of New York, using the via electronic transmission and/or U.S. Mail to:

Andrea E. Neuman
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612

Anne Marie Champion
Randy M. Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, NY 10166
(212) 351-4000
Fax (212) 351-5281
Email: achampion@gibsondunn.com
Email: rmastro@gibsondunn.com

Jason B. Stavers
GIBSON, DUNN & CRUTCHER LLP
1801 California ST
Denver, CO 80202
(303) 298-5700
Fax: (303) 313-2818
Email: jstavers@gibsondunn.com

Scott A. Edelman
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304

Elliot Remsen Peters
Christopher J. Young
Jan Nielsen Little
John W. Keker
Justina K. Sessions
Matthew M. Werdegar
Nikki H. Vo
Paula Lenore Blizzard
William S. Hicks
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400
Fax: (415) 397-7188
Email: epaters@kvn.com
Email: cyoung@kvn.com
Email: jlittle@kvn.com
Email: jkeker@kvn.com
Email: jsessions@kvn.com
Email: mwerdegar@kvn.com
Email: nvo@kvn.com
Email: pblizzard@kvn.com

*Attorneys for Defendants Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC*

{M0647302.1}

1

William Edward Thomson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7891
Fax (213) 229-6891
Email: wthomson@gibsondunn.com

*Attorneys for Chevron Corporation*

Benjamin H. Green
Stuart Alan Krause
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(203) 622-0900
Fax: (203) 862-9889
Email: bgreen@zeklaw.com
Email: skrause@zeklaw.com

Joe L. Silver
Martin Beier
SILVER & DEBOSKEY,
A PROFESSIONAL CORPORATION
1801 York Street
Denver, CO 80206
(303) 399-3000
Fax: (303) 399-2650
Email: sliverj@s-d.com
Email: beierm@s-d.com

*Attorneys for Defendants Stratus Consulting, Inc. Douglas Beltman, and Ann Maest*

Cindy A. Cohn
Marcia Hofmann
Nathan D. Cardozo
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333
Fax: (415) 436-9993
Email: cindy@eff.org
Email: marcia@eff.org
Email: nate@eff.org

Marco Simons
Earthrights International
1612 K Street NW, Suite 401
Washington, DC 20006
(202) 466-5188
Email: marco@earthrights.org

*Attorneys for John Doe Movants*

Caroline Curtiss Marino
James Kenneth Leader
S. Alyssa Young
LEADER & BERKON LLP
630 Third Avenue, 17th Floor
New York, NY 10017
(212) 486-2400
Fax: (212) 486-3099
Email: cmarino@leaderberkon.com
Email: jkleader@leaderberkon.com
Email: ayoung@leaderberkon.com

*Attorneys for Interested Party Patton Boggs*

Stephen D. Susman
SUSMAN & GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 653-7801
Fax: (713) 654-6666
Email: ssusman@susmangodfrey.com

James J. Rohn
Joshua J. Voss
Patricia Mary Hamill
CONRAD O'BRIEN PC
1500 Market Street Center Square W. Tower,
Suite 3900
Philadelphia, PA 19102
(215) 864-9600
Fax: (215) 864-9620
Email: jrohn@conradobrien.com
Email: jvoss@conradobrien.com
Email: phamill@conradobrien.com

Seth D. Ard
SUSMAN GODFREY LLP
654 Madison Avenue
New York, NY 10065
(212) 336-8330
Fax: (212) 336-8340
Email: sard@susmangodfrey.com

*Attorneys for Interested Party Kohn
Swift & Graf, P.C. and Joseph C. Kohn*

Yahoo! Inc.
Custodian of Records
701 First Ave.
Sunnyvale, CA 94089
Chris Madsen
Email: cmadsen@yahoo-inc.com

Google Inc.
Custodian of Records
1600 Amphitheatre Parkway
Mountain View, CA 94043
Einat Clark
Email: eclarke@google.com

Microsoft Corporation
c/o Corporation Service Company
80 State Street
Albany, NY 12207
Brien Jacobsen
Email: brienj@microsoft.com

_____
Justin W. Gray

Sworn to before me this 19th day
of October, 2012.

_____
Notary Public - State of New York

CATHERINE M. SLUSARZ
Notary Public, State of New York
No. 4977639
Qualified in Schenectady County
Commission Expires February 11, 2015

{M0647302.1}                          3