UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

CHEVRON CORP.,

        Plaintiffs,

  -against-

                                  Case No. 1:12-mc-65 GLS/CFH

                                  Hon. Gary L. Sharpe

STEVEN DONZIGER, *et al.*,

        Defendants.

**NOTICE OF MOTION OF NON-PARTY JOHN DOE MOVANTS TO QUASH SUBPOENAS TO MICROSOFT, INC. SEEKING IDENTITY AND EMAIL USAGE INFORMATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH**

# NOTICE OF MOTION

TO PLAINTIFF CHEVRON CORP. AND ALL COUNSEL OF RECORD:

**NOTICE IS HEREBY GIVEN** that the Non-Party John Doe Movants hereby move the District Court for the Northern District of New York to quash the subpoena served by Plaintiff Chevron Corporation on or around September 18, 2012 to non-party company Microsoft in the District Court for the Northern District of New York. The subpoena seeks identity and email usage information associated with 30 Hotmail addresses. The subpoena was issued in support of a civil action filed in the District Court for the Southern District of New York on February 1, 2011 captioned *Chevron Corp. v. Donziger, et al.*, Case No. 11-cv-0691 (LAK). A date and time at which this motion will be heard are to be determined.

As discussed in the memorandum below, Chevron's subpoena should be quashed because it violates the constitutional rights of anonymity and freedom of association of non-party online users. This motion, made pursuant to Federal Rule of Civil Procedure 45(c) and the New York Civil Practice Law and Rules §§ 2304 and 3103, is based on this notice, the attached memorandum of points and authorities, all accompanying declarations and exhibits, and on such oral argument as may be received by this Court. The Non-Party John Doe Movants respectfully request that this Court grant this motion and quash the subpoena issued by Chevron in its entirety.

DATED:  October 22, 2012					Respectfully submitted,

                   /s/ Peter Henner
              Peter Henner, Esq.
              Bar Roll No. 101956
              P.O. Box 326
              Clarksville, NY 12041-0326
              Tel. (518) 768-8232
              Fax (518) 768-8235
              Email: peter@peterhenner.com

              Cindy A. Cohn, Esq.
              Marcia Hofmann, Esq.
              (*pro hac vice* admission pending)
              Nathan Cardozo, Esq.
              ELECTRONIC FRONTIER FOUNDATION
              454 Shotwell Street
              San Francisco, CA 94110
              Telephone:  (415) 436-9333
              Facsimile:   (415) 436-9993

              Marco Simons (SBN 237314)
              marco@earthrights.org
              EARTHRIGHTS INTERNATIONAL
              1612 K Street NW, Suite 401
              Washington, DC 20006
              Telephone: (202) 466-5188

              *Counsel For Non-Party John Doe Movants*