UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>v.<br><br>STEVEN DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER, et al. | Misc. Case No.: 1:12-mc-65<br>GLS/CFH<br><br>CERTIFICATE OF SERVICE |

    I, Justin W. Gray, Esq., hereby certify that on November 2, 2012, I filed and served **Notice of Motion for *Pro Hac Vice* Admission of John W. Keker** with the Clerk of the United States District Court, Northern District of New York, via electronic transmission to:

    Peter Henner - peter@peterhenner.com

_____
Justin W. Gray

Sworn to before me this 9th day
of November, 2012.

_____
Notary Public - State of New York

EMILY C. WICKS
Notary Public, State of New York
No. 01RE6184964
Qualified in Rensselaer County
Commission Expires April 7, 2016

{M0650077.1}