UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHEVRON CORP.,

        Plaintiffs,

-against-

                                      Case No. 1:12-mc-65 GLS/CFH

                                      Hon. Gary L. Sharpe

STEVEN DONZIGER, *et al.*,

        Defendants.

**NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY JOHN DOE MOVANTS**

      PLEASE TAKE NOTICE that Mitchell L. Stoltz, Esq. makes his appearance in this action as additional counsel for the Non-Party John Doe Movants. The undersigned attorney is admitted to practice before the United States District Court for the Northern District of New York.

DATED: December 11, 2012                Respectfully submitted,

                                                    /s/ Mitchell L. Stoltz
                                           Mitchell L. Stoltz, Esq.
                                           (Bar No. 517844)
                                           Cindy A. Cohn, Esq.
                                           Marcia Hofmann, Esq.
                                           (*pro hac vice* application pending)
                                           Nathan Cardozo, Esq.
                                           ELECTRONIC FRONTIER FOUNDATION
                                           454 Shotwell Street
                                           San Francisco, CA 94110
                                           Telephone: (415) 436-9333
                                           Facsimile: (415) 436-9993

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2012, I caused to be served the following:

**NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY JOHN DOE MOVANTS**

on the following parties:

| | |
|---|---|
| VIA U.S. MAIL:<br>Howard S. Hogan<br>Rebecca Gray<br>GIBSON, DUNN & CRUTCHER, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>(202) 955-8500<br>Fax: (202) 467-0539<br>Email: hhogan@gibsondunn.com<br>Email: rgray@gibsondunn.com<br><br>*Attorneys for Plaintiff Chevron Corporation*<br><br>VIA ECF:<br>Justin W. Gray<br>MAYNARD, O'CONNOR LAW FIRM<br>Albany Office<br>6 Tower Place<br>Albany, NY 12203<br>518-465-3553<br>Fax: 518-465-5845<br>Email: gray@maynardoconnorlaw.com | VIA U.S. MAIL:<br>John W. Keker<br>William S. Hicks<br>KEKER & VAN NEST, LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>(415)-391-5400<br>Fax: (415)-397-7188<br>Email: jkeker@kvn.com<br><br>*Attorneys for Defendants Steven Donziger, The Law Offices of Steven R. Donziger, Donziger & Associates, PLLC, Javier Piaguaje Payaguaje, and Hugo Gerardo Camacho Naranjo*<br><br>VIA U.S. MAIL:<br>Microsoft Corporation<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY  12207<br>Brien Jacobsen <brienj@microsoft.com> |

X  By Mail:   I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing, to be postmarked no later than the next business day.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 11, 2012.

                                          /s/ Mitchell L. Stoltz
                                          Mitchell L. Stoltz