UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF   )
                                      )
         Marcia C. Hofmann             )       **ORDER**
                                      )
                                      )
TO BE ADMITTED TO THE UNITED STATES   )
DISTRICT COURT FOR THE NORTHERN       )
DISTRICT OF NEW YORK                  )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, _____Marcia C. Hofmann_____ is hereby accepted for

☐   Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒   Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of:
    Chevron Corp. v. Donziger, et al., Case No. 1:12-mc-00065 GLS/CFH

IT IS SO ORDERED

Dated: December 13, 2012

                                                _____
                                                ☒ U.S. District Judge
                                                ☐ U.S. Magistrate Judge