**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Reassignment of case to the Honorable Lewis A. Kaplan, Senior District Judge, Southern District of New York | **REASSIGNMENT ORDER** |

    Due to the number of motions now pending in the Northern District of New York, the Second Circuit Council has authorized the Honorable Lewis A. Kaplan to sit by designation in the Northern District of New York.  The following case has been reassigned to Judge Kaplan for disposition by trial and/or motion.

    1:12-mc-65 (GLS/CFH)    Chevron Corporation v. Donziger, et al

**IT IS SO ORDERED.**

December 13, 2012
Syracuse, New York

Gary L. Sharpe
Chief U.S. District Judge