UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

-against-                              1:12-MC-65 LAK/CFH

STEVEN DONZIGER, et al.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Movants have requested that the Court set a hearing date on the motions to quash in order to fix the date by which their reply papers will be due.

        The Court will take the matter on submission unless otherwise ordered and thereby declines to set a hearing date.

        Reply papers shall be filed and served no later than February 1, 2013.

        SO ORDERED.

Dated:       January 22, 2013

                                                    Lewis A. Kaplan
                                            United States District Judge