UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHEVRON CORP.,

        Plaintiff,

-against-

                              Case No. 1:12-mc-00065-LK-CFH

                              Hon. Lewis A. Kaplan

STEVEN DONZIGER, *et al.*,

        Defendants.

**NOTICE OF FILING IN CAMERA AND UNDER SEAL**

      Pursuant to the Court's February 13, 2013 order, the Non-Party John Doe Movants hereby file in camera and under seal (1) the declaration of Nathan D. Cardozo identifying each individual or entity on behalf of which the motion to quash has been made, and, attached thereto (2) the original declarations, signed with the declarants' true names and signatures, copies of which the movants previously filed publicly under anonymous names.  Redacted copies of the documents filed under seal are attached hereto and will be served on all parties.

      Should this Court deny the Non-Party John Doe Movants' pending motion to quash Chevron's subpoena to Microsoft, Inc. (ECF No. 2), movants respectfully request that the Court delay any order to unseal any of the documents filed today or to otherwise disclose the user information sought by the subpoena for 30 days to give the movants an opportunity to appeal the ruling.

DATED: February 19, 2013        Respectfully submitted,

                                              /s/ Mitchell L. Stoltz
                                      Mitchell L. Stoltz, Esq.
                                      (Bar Roll No. 517844)

Marcia Hofmann, Esq.
(admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marco Simons, Esq.
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

*Counsel for Non-Party John Doe Movants*