UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHEVRON CORP.,

       Plaintiff,

-against-

                                     Case No. 1:12-mc-00065-LK-CFH

                                     Hon. Lewis A. Kaplan

STEVEN DONZIGER, *et al.*,

       Defendants.

**NOTICE OF CHANGE OF ADDRESS FOR ELECTRONIC FRONTIER FOUNDATION**

      TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE COURT:

      PLEASE TAKE NOTICE that the Electronic Frontier Foundation, counsel for John Doe Movants, is relocating. As of April 12, 2013, our new address will be:

    Mitchell L. Stoltz, Esq.
    Marcia Hofmann, Esq.
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, California 94109

      Our telephone and facsimile numbers will remain the same.

DATED: April 4, 2013            Respectfully submitted,

                                       /s/ Mitchell L. Stoltz
                                 Mitchell L. Stoltz, Esq.
                                 (Bar Roll No. 517844)
                                 Marcia Hofmann, Esq.
                                 ELECTRONIC FRONTIER FOUNDATION
                                 454 Shotwell Street
                                 San Francisco, CA 94110
                                 Telephone: (415) 436-9333
                                 Facsimile: (415) 436-9993
                                 *Counsel for John Doe Movants*