UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on July 18, 2013 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s):  46

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 19th day of July, 2013.

Clerk of Court

By:   s/ Lynda Hennessy
       Deputy Clerk

## Case Information

Case Name & Case No.      Chevron Corporation v. Steven Donziger     1:12-MC-65
Docket No. of Appeal:       55
Document Appealed:          50

Fee Status:   Paid X          Due ___          Waived (IFP/CJA)___
       IFP revoked ___     Application Attached ___     IFP pending before USDJ ___

Counsel:             Retained X    Pro Se ___

Time Status:  Timely X            Untimely ___

Motion for Extension of Time:         Granted ___  Denied ___

Certificate of Appealability:   Granted ___   Denied ___   N/A X

State Court Papers are being sent by UPS as of: _____