UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

CHEVRON CORP.,

                Plaintiffs,                          Case No. 1:12-mc-00065 LAK/CFH

    -against-

                                                Hon. Lewis A. Kaplan

STEVEN DONZIGER, *et al.*,                   Second Circuit Docket No. 13-2784

                Defendants.

**AMENDED NOTICE OF APPEAL**

NOTICE is hereby given that the Non-Party John Doe Movants, owners of the Microsoft email accounts simeontegel@hotmail.com, mey_1802@hotmail.com, pirancha@hotmail.com, and duruti@hotmail.com, Movants in the above-named case, hereby amend their notice of appeal to the United States Court of Appeals for the Second Circuit, from the Memorandum Opinion denying the Non-Party John Doe Movants' Motion to Quash entered in this action on June 25, 2013 (ECF No. 50), to include the district court's Order granting in part and denying in part the Non-Party John Doe Movants' Motion to Quash entered in this action on July 29, 2013 (ECF No. 57), and the sealed Order entered July 29, 2013 (ECF No. 58, Order Filed Under Seal – Access to Movants' Counsel Only).

Dated this 16th day of August, 2013 at San Francisco, California.

Respectfully submitted,

_____/s/ Mitchell L. Stoltz\_\_\_\_
Mitchell L. Stoltz, Esq.
(Bar Roll No. 517844)
Nathan Cardozo, Esq.
(*pro hac vice* pending)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Marco Simons, Esq.
marco@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

*Counsel for Non-Party John Doe Movants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2013, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Randy M. Mastro
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Howard S. Hogan
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Paul DerOhannesian, II
DEROHANNESIAN & DEROHANNESIAN
677 Broadway, Suite 202
Albany, NY 12207

*Attorneys for Plaintiff Chevron Corporation*

Craig Smyser
Larry R. Veselka
SMYSER KAPLAN & VESELKA, L.L.P.
Bank of America Center
700 Louisiana Street, Suite 2300
Houston, TX 77002

John W. Keker
Jan Nielsen Little
Matthew M. Werdegar
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, CA 94111

Justin W. Gray
MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP
6 Tower Place
Albany, NY 12203

*Attorneys for Defendants Steven Donziger, The Law Offices of Steven R. Donziger, Donziger & Associates, PLLC, Javier Piaguaje Payaguaje, and Hugo Gerardo Camacho Naranjo*

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

Microsoft Corporation
c/o Corporation Service Company
80 State Street
Albany, NY 12207
Brien Jacobsen <brienj@microsoft.com>

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2013.

                                                  *[signature]*
Stephanie Shattuck
Legal Secretary
On behalf of:
Mitchell L. Stoltz, Esq.
(Bar Roll No. 517844)
Nathan Cardozo, Esq.
(*pro hac vice* pending)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Counsel for John Doe Movants*

3