UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## **AMENDED ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION**

Dear Clerk of the Court,

 Please take notice that on August 16, 2013 the court received an amended notice of appeal. This notice serves to inform you of the pending amended appeal and provides you with the information needed to process the amended appeal.

 I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

 The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.s:   46 - Sealed Document
      58 - Sealed Documrnt

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 19th day of August, 2013.

/s/ Lawrence K. Baerman
Clerk of Court

By: s/ Nicole Killius
Deputy Clerk

### **Case Information**

| | |
|---|---|
| Case Name & Case No. | Chevron Corporation v. Doziger, et al   1:12-MC-65 |
| Docket No. of Appeal: | 59 - Amended Notice of Appeal |
| Document Appealed: | 50 - Memorandum Opinion, 57 - Order and 58 - Sealed Document |
| Fee Status: | Paid X ( at 55 - Notice of Appeal) |
| Counsel: | Retained X |
| Time Status: | Timely X |
| Motion for Extension of Time: | N/A  X |
| Certificate of Appealability: | N/A X |