
**ELECTRONIC FRONTIER FOUNDATION**
Protecting Rights and Promoting Freedom on the Electronic Frontier

October 14, 2013

<u>VIA HAND DELIVERY</u>

Hon. Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: <u>Chevron Corp. v. Donziger, et al.</u>, N.D.N.Y. Case No. 1:12-mc-65 (LAK)

Dear Judge Kaplan:

  The Non-Party Movants in the above-captioned case write to seek the Court's leave pursuant Northern District of New York, Rule 7.1(b)(2), to file a short reply to Chevron's Opposition to make one key factual correction in response to Plaintiff Chevron Corporation's ("Chevron") Opposition to the Non-Party Movants' Application for Stay Pending Appeal (ECF No. 63).

  Specifically, Chevron's Opposition is premised on the assertion that the Non-Party Movants are not anonymous, and specifically that "The three [sic] Doe movants used their names or initials when creating the addresses associated with their email accounts . . . ." (Opposition at 3-4). Chevron's assertion is factually inaccurate. *See* Sealed Declaration of Nathan D. Cardozo (ECF No. 46).

  The Non-Party Movants therefore respectfully request that the Court permit them to address Chevron's misstatement of fact. In the alternative, the Non-Party Movants request that the Court consider this letter in reply to Chevron's Opposition.

           Sincerely,

           Nathan D. Cardozo
           Staff Attorney
           *Pro Hac Vice (Pending)*

cc: All Counsel of Record (via ECF)

815 Eddy Street • San Francisco, CA 94109 USA
voice +1 415 436 9333 fax +1 415 436 9993 web www.eff.org email information@eff.org